AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARL EDWARDS, III,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:23-cv-016

CAPTAIN ERIC WATSON, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 25, 2023, this case is consolidated with Civil Action Number 5:23-cv-015. All pleadings in this Civil Action have been filed upon the record of Civil Action Number 5:23-cv-015. This case stands closed.

Approved by: _____
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

April 26, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020